UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY EUGENE HOWARD,

Plaintiff,

v.

ARYAD, et al.,

Defendants.

No.  2:19-cv-02062-KJM-CKD P

ORDER

On October 13, 2021 defendants filed a motion to dismiss.  Following an extension of time, plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition.  Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  March 4, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/howa2062.46osc.mtd.docx

1